UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE KLINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10-1802 (RCL-AK) |
| ) | ECF |
| KATHERINE ARCHULETA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT**

Please see ECF No. 132.

December 29, 2014                             Respectfully submitted,

                                                              RONALD C. MACHEN JR, D.C. BAR # 447889
                                                              United States Attorney
                                                              for the District of Columbia

                                                              DANIEL F. VAN HORN, D.C. Bar # 924092
                                                              Civil Chief

                                                              By:       /s/
                                                              KENNETH ADEBONOJO
                                                              Assistant United States Attorney
                                                              Judiciary Center Building
                                                              555 4th Street, N.W. – Civil Division
                                                              Washington, D.C.  20530
                                                              (202) 252-2562

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of December, 2014, the foregoing Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment was served upon *pro se* Plaintiff via electronic mail to:

VALERIE KLINE
83 E Street
Lothian, MD 20711
*Pro Se Plaintiff*

klinevalerie@aol.com and
Valerie.Kline@opm.gov.

                                                  */s/ Kenneth Adebonojo*
                                                  KENNETH ADEBONOJO
                                                   Assistant U.S. Attorney